# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA COMMUNITIES AGAINST TOXICS, an unincorporated non-profit association,<br><br>               Plaintiff,<br><br>     vs.<br><br>CALMET SERVICES, INC., a corporation,<br><br>               Defendant. | Case No.  CV 14-1172-DMG (MANx)<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE [14]** |

    Good cause appearing, and the parties having stipulated and agreed,

    IT IS HEREBY ORDERED that Plaintiff California Communities Against Toxics' claims against Defendant CalMet Services, Inc., as set forth in the Notice and Complaint filed in the above-captioned action are hereby dismissed with prejudice.

    IT IS FURTHER ORDERED that the Court shall retain jurisdiction over the parties and this action through December 16, 2016, or through the conclusion of any proceeding to enforce the Settlement Agreement, for the sole purpose of enforcing compliance by the parties of the terms of the Settlement Agreement, attached to the

parties' Stipulation to Dismiss as Exhibit 1.

    IT IS SO ORDERED.

DATED:  May 8, 2014            _____
                                                       DOLLY M. GEE
                                          UNITED STATES DISTRICT JUDGE